463 A.2d 50

Commonwealth v. Vaughn, Appellant.

Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted May 12, 1983. Charles David Younger, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.